In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00498-CR
_____

JOHN EARNEST COLLIER JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 258th District Court
Polk County, Texas
Trial Cause No. 19687

## MEMORANDUM OPINION

Appellant, John Earnest Collier Jr., filed a motion for post-conviction DNA testing in the trial court. *See* Tex. Code Crim. Proc. Ann. arts. 64.01-.05 (West 2006 & Supp. 2012). The trial court denied the motion, finding that no biological evidence existed for testing. Defendant timely filed a notice of appeal.

Appellant's appointed counsel on appeal has filed a motion to withdraw, along with an *Anders* brief in which he concludes that the record presents no reversible error and therefore the appeal is wholly frivolous and without merit. *See*

1

*Anders v. California*, 386 U.S. 738 (1967). *Anders* procedures apply in post-conviction DNA testing cases. *See Murphy v. State*, 111 S.W.3d 846, 847-48 (Tex. App.—Dallas 2003, no pet.). Counsel asserts in his brief that there is absolutely no evidence that any biological evidence was obtained in the investigation of the case that could have been DNA tested. Counsel further indicates he has thoroughly reviewed the record and that he is unable to advance any potentially meritorious point on appeal.

Counsel has informed this Court that he has delivered a copy of his brief to appellant and informed him of his right to examine the appellate record and file a response. *See In re Schulman*, 252 S.W.3d 403, 408 (Tex. Crim. App. 2008). Appellant did not file a pro se response.

We have independently reviewed the record and we agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record that arguably might support an appeal. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991) (reviewing court must determine whether arguable grounds for review exist). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's order denying DNA testing.[1]

---

[1] Appellant may challenge our decision in this case by filing a petition for discretionary review in the Court of Criminal Appeals. *See* Tex. R. App. P. 68.

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on September 16, 2013
Opinion Delivered November 13, 2013
Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.